JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL JALILI,<br><br>        Petitioner,<br><br>    v.<br><br>FERETI SEMAIA, et al.,<br><br>        Respondents. | Case No. 5:26-cv-01703-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: April 16, 2026

_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE